UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GENE RAGAN, | Case No. 2:22-cv-01069-TLN-JDP (PS) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE A SIGNED COMPLAINT |
| v. | |
| THOMAS P. OLIVER, *et al.*, | |
| Defendants. | |

This action was opened when Gary Ragan submitted to the court an unsigned complaint and an application to proceed *in forma pauperis*. ECF Nos. 1 & 2. Because the complaint was not signed, Mr. Ragan has not properly commenced a civil action.

Federal courts must engage in a preliminary screening of cases in which a party seeks to proceed *in forma pauperis*. 28 U.S.C. § 1915(e)(2). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if it is frivolous, malicious, fails to state a claim, or seeks damages from a defendant who is immune from suit. *Id.*

The court cannot conduct the required screening of Mr. Ragan's complaint because he has not signed it. *See* ECF No. 1. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because the complaint is not signed, it will be disregarded. Mr. Ragan will be afforded an

opportunity to file a complaint that is signed.  *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

Accordingly, it is hereby ORDERED that:

1. The unsigned complaint, ECF No. 1, is disregarded.

2. The Clerk of Court is directed to send Mr. Ragan a form complaint.

3. Within twenty-one days of the date of this order, Mr. Ragan shall submit a signed complaint.

4. Failure to comply with this order may result in this case being closed.

IT IS SO ORDERED.

Dated:   July 14, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE