UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GENE RAGAN,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS P. OLIVER, *et al.*,<br><br>   Defendants. | Case No.  2:22-cv-01069-TLN-JDP (PS)<br><br>FINDINGS AND RECOMMENDATIONS THAT THE CLERK OF COURT BE DIRECTED TO CLOSE THE CASE<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

This action was opened when Gary Ragan submitted an unsigned complaint and an application to proceed *in forma pauperis*. ECF Nos. 1 & 2. On July 14, 2022, I notified Mr. Ragan that he had not properly commenced a civil action because he did not sign the complaint. ECF No. 3; *see* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). I granted him twenty-one days to submit a signed complaint and warned him that failure to do so would result in this case being closed. *Id.*

To date, plaintiff has not filed a signed complaint nor otherwise responded to the July 14, 2022 order. Consequently, there is no case before the court. *See* Fed. R. Civ. P. 3.

Accordingly, it is hereby RECOMMENDED that the Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States

District Court, Eastern District of California.  The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court.  Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:     January 11, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE